Form 294

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−80730

IN THE MATTER OF:
Diana Maria Marshall    xxx−xx−3342
204 Diploma Drive
Durham, NC 27713

Debtor(s)

## CLERK'S NOTICE OF
## BANKRUPTCY ADMINISTRATOR'S STATEMENT
## THAT NO PRESUMPTION OF ABUSE HAS ARISEN
## UNDER 11 U.S.C. § 707(b)(2)

As required by 11 U.S.C. § 704(b)(1)(A), the Bankruptcy Administrator has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2), and, pursuant to 11 U.S.C. § 704(b)(2) and § 707(b)(2), the Bankruptcy Administrator has determined that the debtor's(s') case is not presumed to be an abuse of the provisions of Chapter 7 under 11 U.S.C. s 707(b)(2).

Dated: 6/1/10                                                                 Reid Wilcox
                                                                     _____
                                                                     CLERK OF COURT